B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  Medical Staffing Network, Inc.  
Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Conners, Debra A. and Melinda R. McCune, as Powers of Attorneys and Next Friends of Janet Rowland, and Debra A. Connors, as the Rep. of the Estate of William C. Rowland, a Deceased Adult<br>c/o John G. Mabrey, Esq.<br>The Mabrey Firm, PC<br>2964 Peachtree Road, NW,<br>Ste. 505<br>Atlanta, GA 30305 | Conners, Debra A. & Melinda R. McCune, as Powers of Attorneys and Next Friends of Janet Rowland, and Debra A. Connors, as the Rep. of the Estate of William C. Rowland, a Deceased Adult<br>c/o John G. Mabrey, Esq.<br>The Mabrey Firm, PC<br>2964 Peachtree Road, NW<br>Ste. 505<br>Atlanta, GA 30305<br>404 841-4991 | Lawsuit filed in DeKalb County, Georgia | | 788,000.00 |
| Iwamoto, Melanie, indiv. and as Personal Representative of Estate of Chizu Iwamoto, Deceased, Scott Iwamoto and Stanley Iwamoto<br>c/o Todd W. Gardner, Esq.<br>Swanson & Gardner, PLLC<br>4512 Talbot Road South<br>Renton, WA 98055-6216 | Iwamoto, Melanie, indiv. and as Personal Representative of Estate of Chizu Iwamoto, Deceased, Scott Iwamoto and Stanley Iwamoto<br>c/o Todd W. Gardner, Esq.<br>Swanson & Gardner, PLLC<br>4512 Talbot Road South<br>Renton, WA 98055-6216<br>425 226-7920 | Lawsuit filed in Superior Court of Washington, County of Pierce | Disputed | 785,593.00 |
| Broadlane, Inc.<br>13727 Noel Road, Suite 1400<br>Dallas, TX 75240 | Attn: Crissy<br>Broadlane, Inc.<br>13727 Noel Road, Suite 1400<br>Dallas, TX 75240<br>972 813-7825 | Rebates | | 301,200.00 |
| Long Ridge Office Portfolio LP<br>Lock Box<br>18W 140 Butterfield Road<br>Suite 1110<br>Oakbrook, IL 60181 | Attn:: Amy<br>Long Ridge Office Portfolio LP<br>18W 140 Butterfield Road<br>Suite 1110<br>Oakbrook, IL 60181<br>630 916-2300 | Office Rent | | 203,861.66 |

B4 (Official Form 4) (12/07) - Cont.

In re    Medical Staffing Network, Inc.                                    Case No. _____

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jefferson Wells<br>Raritan Plaza 1<br>110 Fieldcrest Avenue<br>Edison, NJ 08837-5933 | Jefferson Wells<br>Raritan Plaza 1<br>110 Fieldcrest Avenue<br>Edison, NJ 08837-5933<br>732 590-1418 | Tax Services | | 51,200.00 |
| Teachers Insurance Annuity Association<br>8500 Andrew Carnegie Boulevard<br>Charlotte, NC 28262 | Attn: Joseph<br>Teachers Insurance Annuity Association<br>8500 Andrew Carnegie Boulevard<br>Charlotte, NC 28262<br>704 988-6026 | Office Rent | | 45,114.86 |
| Obermayer Rebmann Maxwell & Hippel<br>1 Melton Center<br>Suite 5240<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 | Obermayer Rebmann Maxwell & Hippel<br>1 Melton Center<br>Suite 5240<br>Pittsburgh, PA 15219<br>412 566-1500 | Legal Settlement | | 43,000.00 |
| Verizon<br>6363 NW 6th Way<br>Suite 300<br>Fort Lauderdale, FL 33309 | Attn: Charyn<br>Verizon<br>6363 NW 6th Way<br>Suite 300<br>Fort Lauderdale, FL 33309<br>954 377-5715 | Telephone services | | 37,000.00 |
| Thompson Coburn LLP<br>1 US Bank Plaza<br>Saint Louis, MO 63101 | Attn: Stephen<br>Thompson Coburn LLP<br>1 US Bank Plaza<br>Saint Louis, MO 63101<br>314 552-6000 | Legal fees | | 36,191.55 |
| SHI International Corp.<br>33 Knightsbridge Road<br>Piscataway, NJ 08854 | Attn: Kerry<br>SHI International Corp.<br>33 Knightsbridge Road<br>Piscataway, NJ 08854<br>732 764-9393 | Software Licensing | | 29,884.18 |
| Ceridian Corporation<br>120 Eagle Rock<br>East Hanover, NJ 07936 | Ceridian Corporation<br>120 Eagle Rock<br>East Hanover, NJ 07936<br>813 645-8752 | Payroll Processing | | 28,281.51 |
| Department of Veterans Affairs<br>1st Avenue, One Block North of 22nd Street<br>Hines, IL 60141 | Department of Veterans Affairs<br>1st Avenue<br>One Block North of 22nd Street<br>Hines, IL 60141 | Client Refund | | 21,200.00 |
| Clearview Staffing Software, Inc.<br>16801 Addison Road, Suite 105<br>Addison, TX 75001 | Attn: Dave<br>Clearview Staffing Software, Inc.<br>16801 Addison Road, Suite 105<br>Addison, TX 75001<br>972 381-9777 | IT Professional Services and Support | | 19,303.25 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Medical Staffing Network, Inc.** _____   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Healthcare Network<br>20042 19th Avenue, N.E.<br>Shoreline, WA 98155-1211 | Attn: Marlene Urbano<br>Healthcare Network<br>20042 19th Avenue, N.E.<br>Shoreline, WA 98155-1211<br>206 546-2966 | Rebates | | 18,409.40 |
| New Boston NEBC LP<br>60 State Street<br>Suite 1500<br>Boston, MA 02109 | Attn: Kelly<br>New Boston NEBC LP<br>60 State Street<br>Suite 1500<br>Boston, MA 02109<br>617 723-7760 | Office Rent | | 16,789.96 |
| Extended Stay Hotels<br>100 Dunbar Street<br>Spartanburg, SC 29306 | Attn: Jane<br>Extended Stay Hotels<br>100 Dunbar Street<br>Spartanburg, SC 29306<br>864 573-1867 | Hotel accommodations for travel nurses | | 14,827.67 |
| Dekalb Medical<br>c/o Bus. Strategy, Inc.<br>944 52nd Street, SE<br>Grand Rapids, MI 49508 | Attn: Jason<br>Dekalb Medical<br>c/o Bus. Strategy, Inc.<br>944 52nd Street, SE<br>Grand Rapids, MI 49508<br>616 257-6348 | Client Refund | | 14,049.25 |
| Granite Telecommunications<br>100 Newport Avenue<br>Quincy, MA 02171 | Attn: Julianne<br>Granite Telecommunications<br>100 Newport Avenue<br>Quincy, MA 02171<br>866 847-5500 | Telephone services | | 14,000.00 |
| Cross Country<br>6551 Park of Commerce Blvd.<br>Boca Raton, FL 33487 | Attn: Penny Tamasi<br>Cross Country<br>6551 Park of Commerce Blvd.<br>Boca Raton, FL 33487<br>800 343-3270 | Rebates | | 13,279.77 |
| T-Mobile<br>1300 Concord Terrace<br>Suite 200<br>Sunrise, FL 33323 | Attn: Peteri<br>T-Mobile<br>1300 Concord Terrace<br>Suite 200<br>Sunrise, FL 33323<br>786 246-8600 | Rebates | | 13,021.42 |

B4 (Official Form 4) (12/07) - Cont.
In re   Medical Staffing Network, Inc.                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   7/2/10                    Signature  _____
                                            Mohsin Y. Meghji
                                            Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.