

**ORDERED in the Southern District of Florida on July 06, 2010.**

_____
**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 Cases |
|---|---|
| MEDICAL STAFFING NETWORK HOLDINGS, INC. | Case No.  10-29101-BKC-EPK |
| MEDICAL STAFFING NETWORK, INC. | Case No.  10-29102-BKC |
| INTELISTAF HEALTHCARE, INC. | Case No.  10-29103-BKC |
| MEDICAL STAFFING NETWORK OF ILLINOIS, LLC | Case No.  10-29104-BKC |
| MEDICAL STAFFING NETWORK ASSETS, LLC | Case No.  10-29105-BKC |
| INTELISTAF GROUP, INC. | Case No.  10-29106-BKC |
| INTELISTAF PARTNERS NO. 1, LLC | Case No.  10-29107-BKC |
| MEDICAL STAFFING HOLDINGS, LLC | Case No.  10-29108-BKC |
| MSN-ILLINOIS HOLDINGS, INC. | Case No.  10-29109-BKC |
| INTELISTAF PARTNERS NO. 2, LLC | Case No.  10-29110-BKC |
| INTELISTAF HEALTHCARE MANAGEMENT, L.P. | Case No.  10-29111-BKC |
| INTELISTAF HOLDINGS, INC. | Case No.  10-29112-BKC |

Debtors.
_____/

**ORDER GRANTING DEBTORS' *EX-PARTE* MOTION FOR JOINT
ADMINISTRATION**

**THIS MATTER** came before the Court upon the *Debtors' Ex-Parte Motion for Joint*

*Administration* (the "Motion") filed by Debtors, Medical Staffing Network Holdings, Inc.,

Medical Staffing Holdings, LLC, Medical Staffing Network, Inc., InteliStaf Holdings, Inc.,

2714339-1

MSN-Illinois Holdings, Inc., InteliStaf Group, Inc., Medical Staffing Network of Illinois, LLC, Medical Staffing Network Assets, LLC, InteliStaf Healthcare, Inc., InteliStaf Partners No. 1, LLC, InteliStaf Partners No. 2, LLC and InteliStaf Healthcare Management, L.P. (collectively, the "Debtors").[1]  The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of the Debtors.  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) pursuant to Local Rules 1015-1(B)(2) and 9013-1(C)(14), the Court is authorized to grant the Motion without a hearing; (v) upon the record herein after good and sufficient cause existing for the granting of the relief as set forth herein; it is

    **ORDERED** that:

    1.    The Motion is **GRANTED**.

    2.    The above-captioned bankruptcy cases are jointly administered for procedural purposes only under Case No. 10-29101-BKC-EPK.

---

[1] The address of each of the Debtors is 901 Yamato Road, Suite 110, Boca Raton, FL 33431; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Medical Staffing Network Holdings, Inc. (5171); (ii) Medical Staffing Holdings, LLC (2662); (iii) Medical Staffing Network, Inc. (9868); (iv) MSN-Illinois Holdings, Inc. (4402); (v) InteliStaf Holdings, Inc. (4008); (vi) InteliStaf Group, Inc. (7220); (vii) Medical Staffing Network of Illinois, LLC (4409); (viii) Medical Staffing Network Assets, LLC (4413); (ix) InteliStaf Healthcare, Inc. (7108); (x) InteliStaf Partners No. 1, LLC (2832); (xi) InteliStaf Partners No. 2, LLC (5965); and (xii) InteliStaf Healthcare Management, L.P. (7958).

2714339-1

3. The style of these jointly administered cases shall be in the style set forth below:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| MEDICAL STAFFING NETWORK HOLDINGS, INC., *et al.*, | Case No. 10-29101-BKC-EPK |
| | (Jointly Administered) |
| Debtors. _____/ | |

4. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

5. One consolidated docket and one consolidated service list shall be maintained by the Debtors and kept by the Clerk, with separate claims registers for each of the Debtors' cases.

6. Unless otherwise ordered by the Court, ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

7. Parties may request joint hearings on matters pending in any of the jointly administered cases.

8. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing joint administration of the following entities for procedural purposes only:  (i) Medical Staffing Network Holdings, Inc. (5171); (ii) Medical Staffing Holdings, LLC (2662); (iii) Medical Staffing Network, Inc. (9868); (iv) MSN-Illinois Holdings, Inc. (4402); (v) InteliStaf Holdings, Inc. (4008); (vi) InteliStaf Group, Inc. (7220); (vii) Medical Staffing Network of Illinois, LLC (4409); (viii) Medical Staffing Network Assets, LLC (4413); (ix) InteliStaf Healthcare, Inc. (7108); (x) InteliStaf Partners No. 1, LLC (2832); (xi) InteliStaf Partners No. 2, LLC (5965); and (xii) InteliStaf Healthcare Management, L.P. (7958). The docket of Medical Staffing Network Holdings, Inc. (Case No. 10-29101-BKC-EPK) should be consulted for all matters affecting this case.

9.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:
Paul Steven Singerman, Esq.
Leslie Gern Cloyd, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone (305) 755-9500
Facsimile: (305) 714-4340
singerman@bergersingerman.com
lcloyd@bergersingerman.com

Copy furnished to:
Paul Steven Singerman, Esq.
*(Attorney Singerman is directed to serve a copy of this Order upon all interested parties upon receipt and file a Certificate of Service.)*